AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-01388-TLF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Justin Costello__

was received by me on *(date)* __12/9/2022__ .

☒ I personally served the summons on the individual at *(place)* __FDC 2425 S 200th St Seatac, WA 98198__ on *(date)* __12/12/22 at 7:35 am__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __15__ for travel and $ __64__ for services, for a total of $ __79__ .

I declare under penalty of perjury that this information is true.

Date: _____

__B. [signature] 6955__
Server's signature

__DET. B. MILLER__
Printed name and title

__516 Third Ave. #W-150, Seattle, WA 98104__
Server's address

Additional information regarding attempted service, etc:

**ORIGINAL**