The Honorable Ricardo S. Martinez

1

2

3

4

5

6

7

8        UNITED STATES DISTRICT COURT

9     WESTERN DISTRICT OF WASHINGTON AT SEATTLE

10

11   SECURITIES AND EXCHANGE                 Case No.: **2:22-cv-01388-RSM**
     COMMISSION,
12
                              Plaintiff,     **CLERK'S ORDER OF DEFAULT**
13                                           **AGAINST DEFENDANT JUSTIN**
                                             **COSTELLO**
          v.
14
     JUSTIN COSTELLO and
15   DAVID FERRARO

16                          Defendants.

17

18        Defendant Justin Costello, being properly served with a Summons, Complaint on

19   December 12, 2022, and thereafter failing to provide an Answer or other response in this matter;

20   and the Court having examined the pleadings and motions filed herein, and the Court having

21   made its review of the same,

22

23

24

CLERK'S ENTRY OF DEFAULT
*SEC V. COSTELLO ET AL.*

Securities and Exchange Commission
100 Pearl Street, Suite 20-100
New York, NY 10004-2616
(212) 336-1100

NOW, THEREFORE, IT IS ORDRED, ADJUDGED AND DECREED the Defendant Justin Costello hereby is found to be in default in the above-captioned action.  At the direction of the Court, the Clerk enters this order accordingly.

DATED this 24th day of January, 2023.

RAVI SUBRAMANIAN, Clerk of Court

s/ *Laurie Cuaresma,* Deputy Clerk

CLERK'S ENTRY OF DEFAULT
SEC V. COSTELLO ET AL.

2

Securities and Exchange Commission
100 Pearl Street, Suite 20-100
New York, NY 10004-2616
(212) 336-1100