The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN COSTELLO and<br>DAVID FERRARO<br><br>Defendants. | Case No.: 2:22-cv-01388-RSM<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF DEADLINES** |

This matter having come before the Court on the parties Joint Motion for Extension of Deadlines, and the Court having examined the motion filed herein, and the Court having made its review of the same, NOW, THEREFORE, IT IS ORDRED, ADJUDGED AND DECREED that the deadline set forth in the November 22, 2022 Minute Order Resetting Initial Deadlines (Regarding Initial Disclosures, Joint Status Report and Early Settlement) are extended by six weeks.

DATED this 26th day of January, 2023.

*(signature)*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE