The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

# SEATTLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>       v.<br><br>JUSTIN COSTELLO and<br>DAVID FERRARO<br><br>                              Defendants. | CASE NO.: 2:22-cv-01388-RSM<br><br>MOTION FOR ENTRY OF FINAL JUDGMENT AS TO DEFENDANT DAVID FERRARO<br><br>NOTICE ON MOTION CALENDAR JULY 10, 2023 |

Plaintiff Securities and Exchange Commission ("SEC") hereby moves the Court for entry of Final Judgment as to Defendant David Ferraro ("Ferraro").

In connection with the Motion, the SEC files the attached Consent executed by Ferraro, as well as the attached proposed Final Judgment. Ferraro has consented to entry of final judgment, and the Motion therefore is unopposed.

1

Motion for Entry of Final Judgment
as to Defendant David Ferraro
2:22-cv-01388-RSM

Securities and Exchange Commission
100 Pearl Street, Suite 20-100
New York, NY 10004-2616
(212) 336-1100

Pursuant to Section III.M of the District's Electronic Filing Procedures for Civil and Criminal Cases, a Word version of the proposed Final Judgment has been emailed separately to Chambers.

Accordingly, the SEC respectfully requests entry of the Final Judgment.

Dated: July 10, 2023

>Respectfully submitted,
>
>*s/ Pascale Guerrier*
>Pascale Guerrier
>   Conditionally Admitted Pursuant to LCR 83.1(c)(2)
>Samuel Kalar
>   Conditionally Admitted Pursuant to LCR 83.1(c)(2)
>Tiantong Wen
>   Conditionally Admitted Pursuant to LCR 83.1(c)(2)
>Securities and Exchange Commission
>100 Pearl Street, Suite 20-100
>New York, NY 10004-2616
>(212) 336-1100
>Email: guerrierp@sec.gov
>
>*Attorneys for Plaintiff Securities and Exchange Commission*

2

Motion for Entry of Final Judgment
as to Defendant David Ferraro
2:22-cv-01388-RSM

Securities and Exchange Commission
100 Pearl Street, Suite 20-100
New York, NY 10004-2616
(212) 336-1100

**CERTIFICATE OF SERVICE**

I certify that on July 10, 2023, I caused to be served the foregoing MOTION FOR ENTRY OF FINAL JUDGMENT AS TO DEFENDANT DAVID FERRARO upon the following:

DAVID FERRARO
C/O JEFFREY L. COX, ESQ.
SALLAH ASTARITA & COX, LLC
3010 NORTH MILITARY TRAIL
SUITE 210 |
BOCA RATON, FLORIDA 33431
(561) 989-9080
JLC@SALLAHLAW.COM
(email)

JUSTIN COSTELLO
38180 SE Northern Street
Snoqualmie, WA 98065
(U.S. mail)

JUSTIN COSTELLO
10700 NE 4th Street Unit 1102
Bellevue, WA 98004
(U.S. mail)

<i>s/ Pascale Guerrier</i><br>
Pascale Guerrier

3

Motion for Entry of Final Judgment
as to Defendant David Ferraro
2:22-cv-01388-RSM

Securities and Exchange Commission
100 Pearl Street, Suite 20-100
New York, NY 10004-2616
(212) 336-1100