The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

## SEATTLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JUSTIN COSTELLO and DAVID FERRARO<br><br>　　　　　　　　　Defendants. | Case No.: 2:22-cv-01388-RSM<br><br>**MOTION FOR WITHDRAWAL OF ATTORNEY**<br><br>NOTE ON MOTION CALENDAR OCTOBER 24, 2023 |

Plaintiff Securities and Exchange Commission ("SEC") respectfully moves the Court for an order in the form attached hereto withdrawing Pascale Guerrier as counsel of record in this action for Plaintiff. Ms. Guerrier is no longer participating in this matter. The SEC continues to be represented by the other counsel of record in this matter.

MOTION FOR WITHDRAWAL OF ATTORNEY
*SEC V. COSTELLO ET AL.*

Securities and Exchange Commission
100 Pearl Street, Suite 20-100
New York, NY 10004-2616
(212) 336-1100

Dated: October 24, 2023

                                   Respectfully submitted,

/s/ Pascale Guerrier
Pascale Guerrier
Abigail Rosen
Tian Wen
Samuel Kalar
    Conditionally Admitted Pursuant to LCR 83.1(c)(2)
Securities and Exchange Commission
100 Pearl Street, Suite 20-100
New York, NY 10004-2616
(212) 336-1100
Email: guerrierp@sec.gov
*Attorneys for Plaintiff Securities and Exchange Commission*

MOTION FOR WITHDRAWAL OF ATTORNEY
*SEC V. COSTELLO ET AL.*

2

Securities and Exchange Commission
100 Pearl Street, Suite 20-100
New York, NY 10004-2616
(212) 336-1100

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2023, I electronically filed the foregoing and a proposed order with the Clerk of the Court using the CM/ECF system, and caused to be mailed the foregoing and the proposed order to the following:

Justin Costello
SeaTac Federal Detention Center
2425 S 200th Street
Seattle, Washington 98198

*/s/ Pascale Guerrier*
Pascale Guerrier

MOTION FOR WITHDRAWAL OF ATTORNEY
*SEC V. COSTELLO ET AL.*

3

Securities and Exchange Commission
100 Pearl Street, Suite 20-100
New York, NY 10004-2616
(212) 336-1100