The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

# SEATTLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>    v.<br><br>JUSTIN COSTELLO and<br>DAVID FERRARO<br><br>                    Defendants. | Case No.: 2:22-cv-01388-RSM<br><br>**ORDER GRANTING MOTION FOR WITHDRAWAL OF ATTORNEY**<br><br>**NOTE ON MOTION CALENDAR OCTOBER 24, 2023** |

This matter having come before the Court on the Plaintiff's Motion for Withdrawal of Attorney, and the Court having examined the motion filed herein, and the Court having made its review of the same, NOW, THEREFORE, IT IS ORDRED, ADJUDGED AND DECREED that the motion is GRANTED.

ORDER GRANTING MOTION FOR WITHDRAWAL OF ATTORNEY
*SEC V. COSTELLO ET AL.*

Securities and Exchange Commission
100 Pearl Street, Suite 20-100
New York, NY 10004-2616
(212) 336-1100

DATED this 26th day of October, 2023.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF ATTORNEY
SEC V. COSTELLO ET AL.
2

Securities and Exchange Commission
100 Pearl Street, Suite 20-100
New York, NY 10004-2616
(212) 336-1100