UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SECURITIES AND EXCHANGE COMMISSION,

            Plaintiff,

   v.

JUSTIN COSTELLO,

            Defendant.

CASE NO. 2:22-cv-01388-RSM

ORDER

This case has been referred for a settlement conference before the Honorable Grady J. Leupold, United States Magistrate Judge. Dkt. 24. On June 5, 2025, the Court conducted a second telephone conference with Defendant Justin Costello, proceeding *pro se*, to discuss his request for assistance of counsel for an upcoming settlement conference in this matter. *See* Dkt. 37. During that call Defendant advised the Court that he still desires the assistance of counsel for the settlement conference. In response, the Court informed Defendant that it will briefly extend the time for him to file a motion for court-appointed counsel.

Congress has provided, in 29 U.S.C. § 1915(d), that courts may request an attorney to represent any person who qualifies to proceed *in forma pauperis*. Further, upon a judicial

ORDER - 1

determination that circumstances warranting the appointment of counsel exist, this Court's plan and procedures for requesting *pro bono* representation in prisoner civil actions is outlined in General Order 07-23 (effective Jan. 1, 2024).

Accordingly, the Clerk of Court is directed to **SEND via e-mail** to Defendant copies of this Court's General Order 07-23, as well as an Application for Court-Appointed Counsel and Financial Affidavit, including Cover Letter.

Defendant shall **FILE** a completed Application for Court-Appointed Counsel and Financial Affidavit, not later than **July 10, 2025, or within 30 days of receipt of this Order, whichever is earlier**.

Dated this 11th day of June, 2025.

Grady J. Leupold
United States Magistrate Judge

ORDER - 2