THE HONORABLE GRADY J. LEUPOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>   v.<br><br>JUSTIN COSTELLO<br><br>              Defendant. | No. 2:22-cv-01388-RSM<br><br>**NOTICE OF APPEARANCE OF STEVEN S. BEALE** |

**TO:**   All Parties and Their Counsel of Record

PLEASE TAKE NOTICE of the appearance in this litigation for defendant, Justin Costello, by and through Steven S. Beale of Perkins Coie LLP. Copies of all documents and pleadings with regard to this litigation, with the exception of original process, are to be served on the undersigned counsel in addition to all counsel of record who previously have appeared on behalf of defendant.

NOTICE OF APPEARANCE OF STEVEN BEALE – 1
(NO. 2:22-cv-01388-RSM)

Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

| | |
|---|---|
| Dated: January 7, 2026 | *s/ Steven S. Beale*<br>Ulrike B. Connelly, WSBA No. 42478<br>Steven S. Beale, WSBA No. 55723<br>**Perkins Coie LLP**<br>1301 Second Avenue, Suite 4200<br>Seattle, Washington 98101<br>Telephone +1.206.359.8000<br>Facsimile +1.206.359.9000<br>UConnelly@perkinscoie.com<br>SBeale@perkinscoie.com<br><br>*Attorneys for Defendant*<br>*Justin Costello* |

NOTICE OF APPEARANCE OF STEVEN BEALE – 2
(NO. 2:22-cv-01388-RSM)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000